AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Unified Messaging Solutions LLC )<br><br>*Plaintiff* )<br>v. )  Civil Action No. 6:11cv120<br>Facebook, Inc., et al. )<br><br>*Defendant* ) | RECEIVED<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS<br>APR 12 2011<br>DAVID J. MALAND, CLERK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  E*Trade Bank
c/o Robert V. Burton, President
671 North Glebe Road, 16th Floor
Arlington, Virginia 22203


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  T. John Ward, Jr.
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 3/17/11

*David Maland*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:11cv120

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons* for *(name of individual and title, if any)* E*Trade Bank c/o Robert V. Burton, President
was received by me on *(date)* 03-18-11 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathryn Wells, EA to Lead Counsel , who is
designated by law to accept service of process on behalf of *(name of organization)* E*Trade Bank at
671 North Glebe Road, 1st Floor, Arlington, VA on *(date)* 03-18-11 1:55PM or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03-21-11

*Server's signature*

Steve Reeder, Private Process Server
*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc:
* Complaint for Patent Infringement with Exhibits